UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN NUTRITIONAL CORPORATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENISOY FOOD CO., INC., <br><br> Defendant. | 2:09-CV-00574-PMP-RJJ <br><br> <u>ORDER</u> |

**IT IS ORDERED that** the Objections (Doc. #46) to the Order of the Honorable Robert J. Johnston, United States Magistrate Judge (Doc. #45) are **OVERRULED**.

DATED: May 2, 2011.

_____
PHILIP M. PRO
United States District Judge