UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| AMERICAN NUTRITIONAL CORPORATION, a Nevada Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 2:09-cv-574-PMP-RJJ |
| vs. | ) ) | |
| GENISOY FOOD CO., INC., etc., *et al*., | ) ) | O R D E R |
| Defendant, | ) ) | |

This matter was submitted to the undersigned Magistrate Judge on an Affidavit in Support of Award for Fees and Costs (#47).

The Court having reviewed the Affidavit (#47) and the Supplemental Affidavit (#51) thereto and in accordance with Order (#45) and Order (#49) sustaining Order (#45) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Affidavit of Fees and Costs (#47) as supplemented by Affidavit (#51) is **GRANTED**.

IT IS FURTHER ORDERED that payment of fees and cost shall be made on or before August 5, 2011.

DATED this   21st   day of July, 2011.

                                                                ROBERT J. JOHNSTON
                                                                United States Magistrate Judge