UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| AMERICAN NUTRITIONAL CORPORATION, a Nevada Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 2:09-cv-574-PMP-RJJ |
| vs. | ) ) | |
| GENISOY FOOD CO., INC., etc., *et al.*, | ) ) | O R D E R |
| Defendant, | ) ) | |

Previously, the Court granted Defendant Genisoy Food Co., Inc., an additional sixty (60) days for discovery due to plaintiff's misconduct in the discovery process. Good cause appearing therefore,

IT IS HEREBY ORDERED that on or before July 29, 2011, Defendant shall file a status report regarding the completion of discovery.

DATED this __21st__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge